IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WELLS FARGO BANK, | ) | |
| Plaintiff | ) | CIVIL ACTION NUMBER |
| Vs. | ) | CV-12-BE-2660-S |
| NEW COVENANT FELLOWSHIP | ) | |
| CHURCH, INC., et al | ) | |
| Defendants | ) | |

## PENTECOSTAL TEMPLE, LLC. CHURCH OF GOD IN CHRIST MOTION FOR CONTINUANCE

Comes now Defendant Pentecostal Temple, LLC, Church of God in Christ,(the COGIC Church) and moves this Honorable Court to continue the hearing on Plaintiff's Motion for Emergency Relief for the present setting of today at 3:30 PM, and would show:

1) The undersigned attorney cannot be present at the time set for the hearing today, nor will he be available tomorrow; the other attorney who might have made an appearance for Defendant is also not available today, upon information.
2) The undersigned only became aware of the Emergency Motion yesterday afternoon, and only became aware of the hearing today at approximately 6:00 PM yesterday;
3) The undersigned attorney will not be available to represent Defendant COGIC Church until after September 24th, 2012; therefore, Defendant needs a reasonable time to retain another attorney;
4) The COGIC Church is an entity under Alabama Law, and therefore cannot appear *pro se;*
5) The Defendant suggests that Tuesday, September 11th, 2012, would be a reasonable time to hear the motion.

**WHEREFORE,** Defendant moves as aforesaid, this 5th day of September, 2012.

        s/                     John S. Somerset (ASB: SOM003)
                                    Attorney at Law
                                    5385 1st Ave. No.
                                    Birmingham, AL 35212
                                    (205)595-4631