IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WELLS FARGO BANK, National Association, | ] ] ] | |
| Plaintiff, | ] ] | |
| v. | ] ] | 2:12-CV-2660-KOB |
| NEW COVENANT FELLOWSHIP, CHURCH, INC., and PENTECOSTAL TEMPLE, LLC, d/b/a PENTECOSTAL TEMPLE CHURCH OF GOD IN CHRIST, | ] ] ] | |
| Defendants. | | |

## ORDER DIRECTING THE CLERK OF COURT TO ISSUE IMMEDIATE WRIT OF POSSESSION FOR THE LEASED PREMISES

This matter comes before the court on the Court-appointed Receiver's "Motion for Immediate Entry of Order Authorizing and Directing Clerk of Court to Issue Immediate Writ of Possession for the Leased Premises" (doc. 15). After notice to all Defendants and a conference call with all parties on September 5, 2012, continuing the prior hearing at the request and for the convenience of Pentecostal Temple, the court held a hearing on the motion on September 6, 2012, at which hearing Pentecostal Temple failed to appear by counsel.[1]

For good cause shown and the reasons stated on the record, the court hereby **GRANTS** the Receiver's "Motion For Immediate Entry of Order Authorizing and Directing Clerk of Court to Issue Immediate Writ of Possession for the Leased Premises" (doc. 15). Therefore, the Clerk of the Court is hereby directed to immediately issue a Writ of Possession directing the United States Marshall for the Northern District of Alabama, to immediately seize the Leased Premises

---

[1] Reverend Hosea Agee was present as a representative of Pentecostal Temple.

and restore the same to the Court-appointed Receiver.

DONE and ORDERED this 7th day of September, 2012.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE