FILED
2012 Sep-20 PM 02:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

**EXHIBIT 1**

**Receivership of New Covenant Fellowship Church**
**Cash Receipts & Disbursements Summary**
For the Twenty One Days Beginning on August 10, 2012, and Ended on August 31, 2012

**Cash Receipts & Disbursements Summary**

| | | |
|---|---:|---:|
| **Beginning Cash 8/10/2012** | | $ - |
| **Collection of Accounts Receivable** | | - |
| **Advances From Receiver** | | 10,816.00 |
| **Total Cash Available** | | 10,816.00 |
| **Disbursements** | | |
| Peacock Insurance | (10,816.00) | |
| **Total Disbursements** | | (10,816.00) |
| **Ending Cash 8/31/2012** | | $ - |