**EXHIBIT 3**

**RECEIVERSHIP OF NEW COVENANT FELLOWSHIP CHURCH**
**Balance Sheet**
**August 31, 2012**

**ASSETS**

**Current Assets**

| | | |
|---|---:|---:|
| Rent Receivable | $ 3,750.00 | |
| Allowance for Bad Debt | (3,750.00) | |
| Prepaid Insurance | 9,914.67 | |
| **Total Current Assets** | | **9,914.67** |
| Land, Buildings and Improvement | 3,660,000.00 | |
| **Total Property and Equipment (See Footnote 1)** | | **3,660,000.00** |
| **Other Assets** | | |
| Personal Property (See Footnote 2) | 12,000.00 | |
| **Total Other Assets** | | **12,000.00** |
| **TOTAL ASSETS** | | **$ 3,681,914.67** |

**LIABILITIES AND ESTIMATED SURPLUS (DEFICIENCY)**

**Liabilities**

| | | |
|---|---:|---:|
| Accrued Receiver Fees | $ 8,973.00 | |
| Advances Due to the Reciever | 10,816.00 | |
| Accrued Legal Fees | 15,235.00 | |
| Accrued Interest | 20,476.85 | |
| Mortgage Notes Payable | 2,471,712.36 | |
| **Total Liabilities** | | **2,527,213.21** |

**Estimated Surplus (Deficiency)**

| | | |
|---|---:|---:|
| Estimated Surplus (Deficiency) | 1,185,762.61 | |
| Net Income | (31,061.15) | |
| **Total Estimated Surplus (Deficiency)** | | **1,154,701.46** |
| **TOTAL LIABILITIES & ESTIMATED SURPLUS (DEFICIENCY)** | | **$ 3,681,914.67** |

1. Value estimated based on latest appraisal provided by Plaintiff; the actual value could differ from this appraisal.

2. Receiver continues to take a physical inventory of personal property located on premises, therefore this value is subject to change.