FILED
EXHIBIT 1 2012 Oct-19 PM 04:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

Receivership of New Covenant Fellowship Church
Cash Receipts & Disbursements Summary
For the Thirty Days Beginning on September 1, 2012, and Ended on September 30, 2012

### Cash Receipts & Disbursements Summary

| | | |
|---|---:|---:|
| **Beginning Cash 9/1/2012** | | $        - |
| Collection of Accounts Receivable | | - |
| Advances From Wells Fargo | | 7,321.00 |
| **Total Cash Available** | | 7,321.00 |
| **Disbursements** | | |
| Warren Averett, LLC | (7,321.00) | |
| Bank Charges | (10.00) | |
| **Total Disbursements** | | (7,331.00) |
| **Ending Cash 9/30/2012** | | $    (10.00) |