FILED

2012 Oct-19  PM 04:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

**EXHIBIT 2**

### RECEIVERSHIP OF NEW COVENANT FELLOWSHIP CHURCH
#### Income Statement
#### For Month Ending September 30, 2012

|  | CURRENT MONTH | YEAR TO DATE |
|---|---|---|
| **Revenues** | | |
| Rent Revenue | $       3,750.00 | $       7,500.00 |
| **Total Revenues** | 3,750.00 | 7,500.00 |
| | | |
| **Expenses** | | |
| Bank Charges | 10.00 | 10.00 |
| Bad Debt Expense | 3,750.00 | 7,500.00 |
| Building Maintenance | 337.00 | 337.00 |
| Building Security | 697.37 | 697.37 |
| Utilities | 348.09 | 348.09 |
| Legal Fees | 26,527.57 | 41,762.57 |
| Receiver Fees | 13,525.00 | 22,498.00 |
| Interest | 8,502.60 | 14,454.42 |
| Insurance | 901.33 | 1,802.66 |
| **Total Expenses** | 54,598.96 | 89,410.11 |
| | | |
| **Net Income (Loss)** | $      (50,848.96) | $      (81,910.11) |