EXHIBIT 3

# RECEIVERSHIP OF NEW COVENANT FELLOWSHIP CHURCH
## Balance Sheet
### September 30, 2012

**ASSETS**

**Current Assets**

| | | |
|---|---:|---:|
| Wells Fargo Receivership Account | $ (10.00) | |
| Rent Receivable | 7,500.00 | |
| Allowance for Bad Debt | (7,500.00) | |
| Prepaid Insurance | 9,013.34 | |
| Utility Deposits | 3,660.00 | |
| **Total Current Assets** | | 12,663.34 |
| Land, Buildings and Improvement | 3,660,000.00 | |
| **Total Property and Equipment** (See Footnote 1) | | 3,660,000.00 |
| **Other Assets** | | |
| Personal Property (See Footnote 2) | 12,000.00 | |
| **Total Other Assets** | | 12,000.00 |
| **TOTAL ASSETS** | | $ 3,684,663.34 |

**LIABILITIES AND ESTIMATED SURPLUS (DEFICIENCY)**

**Liabilities**

| | | |
|---|---:|---:|
| Accrued Legal Fees | $ 26,442.07 | |
| Accounts Payable - Receivership Fees | 15,177.00 | |
| Accounts Payable - Legal Fees | 15,320.50 | |
| Accounts Payable - Other | 5,042.46 | |
| Accrued Interest | 28,979.45 | |
| Liability Protective Advances | 18,137.00 | |
| Mortgage Notes Payable | 2,471,712.36 | |
| **Total Liabilities** | | **2,580,810.84** |

**Estimated Surplus (Deficiency)**

| | | |
|---|---:|---:|
| Estimated Surplus (Deficiency) | 1,185,762.61 | |
| Net Income | (81,910.11) | |
| **Total Estimated Surplus (Deficiency)** | | 1,103,852.50 |
| **TOTAL LIABILITIES & ESTIMATED SURPLUS (DEFICIENCY)** | | $ 3,684,663.34 |

1. Value estimated based on latest appraisal provided by Plaintiff; the actual value could differ from this appraisal.

2. Receiver continues to take a physical inventory of personal property located on premises, therefore this value is subject to change.