# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| WELLS FARGO BANK, National Association, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 2:12-cv-2660-KOB<br>) |
| NEW COVENANT FELLOWSHIP, CHURCH, INC., and PENTECOSTAL TEMPLE, LLC, d/b/a PENTECOSTAL TEMPLE CHURCH OF GOD IN CHRIST, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## 30-DAY RECEIVER REPORT

**COMES NOW** Warren Averett, LLC, in its capacity as Court-appointed receiver ("Receiver"), by and through its undersigned counsel, and submits this third *30-Day Receiver Report* (the "Report") in accordance with the *Amended and Restated Order Appointing Receiver* entered by the Court on August 20, 2012 [Docket No. 14] (the "Receiver Order"). Attached hereto as **Exhibits 1, 2, 3, and 4**, respectively, are an accounting of cash receipts and disbursements summary indicating all expenses paid, an income statement, a balance sheet, and a statement of advances by the Receiver and the plaintiff Wells Fargo Bank, National Association ("Plaintiff" or "Bank"), each for the month ending October 31, 2012.

1

Additionally, the following narrative is provided to briefly update the Court and all parties as to the status of the Receiver Collateral and the Receivership since the filing of the second *30-Day Status Report* [Doc. No. 29] (the "Second Report"). All terms not otherwise defined herein shall have the meanings ascribed to them in the Second Report.

1. Presently the Receiver has possession of and continues to maintain the Receiver Collateral. The Receiver Collateral is insured, physically secured, and consistently monitored through 3rd party security system monitoring as well as frequent site visits by the Receiver.

2. In the month of October 2012, the Receiver authorized and completed certain repairs in an effort to preserve and protect the Receiver Collateral, which included: (a) removing molded carpet, molded ceiling tiles and insulation, and a rotted wooded stage, each of which resulted from water damage to the roof incurred prior to the appointment of the Receiver; (b) repairing multiple roof leaks and sealing roof seams; and (c) securing all HVAC units on the exterior of the property with 6 foot metal fencing and barbed wire. The actual cost of these repairs totaled $9,975.00. These repairs, and the cost estimates, were approved in advance by Wells Fargo.

3. The Receiver also continues to take a physical inventory of the personal property located within the building. Since filing of the Second Report, a

1/2413569.1

fifth claim to certain personal property located in the building was made by Marathon Staffing Group.  The Receiver provided written notice of this claim to New Covenant and Tenant, and provided each with an opportunity to respond.  Neither New Covenant nor Tenant responded.  The Receiver subsequently released the claimed personal property to Marathon Staffing Group after determining that the personal property was immaterial in value and that the personal property belonged to Marathon Staffing.

      4.      The Receiver continues to work to identify potential purchasers for the property in an effort to quickly arrive at a resolution for all parties.

/s/ Glenn E. Glover
Glenn E. Glover
One of the Attorneys for Warren Averett, LLC

**OF COUNSEL:**

Glenn E. Glover
**Bradley Arant Boult Cummings LLP**
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama
Telephone: (205) 521-8647
Telecopier: (205) 488-6524
gglover@babc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2012, I caused a copy of the foregoing to be served by the Court's CM/ECF electronic notification, electronic mail, and/or by United States First Class Mail, properly addressed and postage prepaid, upon the following:

James S. Roberts, Jr.
Townes Woods & Roberts PC
717 Kerr Drive
PO Box 96
Gardendale, Alabama 35071
Fax: 205-271-7998
jroberts@twrpc.com
*Attorney for New Covenant*
*(via ECF and email)*

Alan Smith
Smith & Chapman, P.C.
2976 Pelham Parkway
Suite E2
Pelham, Alabama 35124
Fax: 205-663-1569
*(via US First Class Mail)*

John Seymour Somerset
Sudderth & Somerset
5385 1st Ave. North
Birmingham, Alabama 35212-2401
Fax: 205-595-4632
jjsomerset@charter.net
sandsattys@bham.rr.com
*(via US First Class Mail)*

Monica Y. Agee
PO Box 611517
Birmingham, Alabama 35261-1517
monicaagee@yahoo.com
*(via email and US First Class Mail)*

1/2413569.1

Case 2:12-cv-02660-KOB Document 30 Filed 11/20/12 Page 5 of 9

Eric L. Pruitt
W. Patton Hahn
Marianne H. Combs
Baker Donelson Bearman Caldwell & Berkowitz PC
1600 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203-5202
epruitt@bakerdonelson.com
phahn@bakerdonelson.com
mcombs@bakerdonelson.com
*Attorneys for Wells Fargo Bank*
*(via ECF and email)*

Pentecostal Temple, LLC
c/o Pastor Hosea Agee
1009 Jeffery Drive
Roebuck, Alabama 35235
hoseaAgee@yahoo.com
*(via email and US First Class Mail)*


                /s/  Glenn E. Glover
                Of Counsel

Receivership of New Covenant Fellowship Church
Cash Receipts & Disbursements Summary
For the Thirty One Days Beginning on October 1, 2012, and Ended on October 31, 2012

### Cash Receipts & Disbursements Summary

| | | |
|---|---:|---:|
| **Beginning Cash 10/1/2012** | | $       - |
| Collection of Accounts Receivable | | - |
| Advances From Receiver | | 4,260.66 |
| Advances From Wells Fargo | | - |
| **Total Cash Available** | | 4,260.66 |
| **Disbursements** | | |
|   Protection 1 | (1,435.66) | |
|   Bank Charges | (121.71) | |
|   Edwin Isaac (Lawn Care) | (2,825.00) | |
|   **Total Disbursements** | | (4,382.37) |
| **Ending Cash 10/31/2012** | | $    (121.71) |

EXHIBIT 2

## RECEIVERSHIP OF NEW COVENANT FELLOWSHIP CHURCH
### Income Statement
### For Month Ending October 31, 2012

|  | CURRENT MONTH | YEAR TO DATE |
|---|---:|---:|
| **Revenues** | | |
| Rent Revenue | $ 0.00 | $ 7,500.00 |
| **Total Revenues** | **0.00** | **7,500.00** |
| **Expenses** | | |
| Bank Charges | 121.71 | 131.71 |
| Bad Debt Expense | 0.00 | 7,500.00 |
| Building Maintenance | 3,475.00 | 3,812.00 |
| Building Security | 1,065.73 | 1,763.10 |
| Utilities | 774.59 | 1,122.68 |
| Legal Fees | 2,768.90 | 44,531.47 |
| Receiver Fees | 4,495.00 | 26,993.00 |
| Interest | 8,786.02 | 23,240.44 |
| Insurance | 901.33 | 2,703.99 |
| **Total Expenses** | **22,388.28** | **111,798.39** |
| **Net Income (Loss)** | **$ (22,388.28)** | **$ (104,298.39)** |

EXHIBIT 3

## RECEIVERSHIP OF NEW COVENANT FELLOWSHIP CHURCH
### Balance Sheet
### October 31, 2012

**ASSETS**

**Current Assets**

| | | |
|---|---:|---:|
| Wells Fargo Receivership Account | $ (131.71) | |
| Prepaid Insurance | 8,112.01 | |
| Utility Deposits | 3,660.00 | |
| **Total Current Assets** | | 11,640.30 |
| Land, Buildings and Improvement | 3,660,000.00 | |
| **Total Property and Equipment** (See Footnote 1) | | 3,660,000.00 |
| **Other Assets** | | |
| Personal Property (See Footnote 2) | 12,000.00 | |
| **Total Other Assets** | | 12,000.00 |
| **TOTAL ASSETS** | | $ 3,683,640.30 |

**LIABILITIES AND ESTIMATED SURPLUS (DEFICIENCY)**

**Liabilities**

| | | |
|---|---:|---:|
| Accounts Payable - Receivership Fees | $ 19,672.00 | |
| Accounts Payable - Legal Fees | 44,531.47 | |
| Accounts Payable - Other | 6,097.12 | |
| Advances from Receiver | 4,260.66 | |
| Liability Protective Advances | 18,137.00 | |
| Accrued Interest | 37,765.47 | |
| Mortgage Notes Payable | 2,471,712.36 | |
| **Total Liabilities** | | **2,602,176.08** |

**Estimated Surplus (Deficiency)**

| | | |
|---|---:|---:|
| Estimated Surplus (Deficiency) | 1,185,762.61 | |
| Net Income | (104,298.39) | |
| **Total Estimated Surplus (Deficiency)** | | 1,081,464.22 |
| **TOTAL LIABILITIES & ESTIMATED SURPLUS (DEFICIENCY)** | | $ 3,683,640.30 |

1. Value estimated based on latest appraisal provided by Plaintiff; the actual value could differ from this appraisal.

2. Receiver continues to take a physical inventory of personal property located on premises, therefore this value is subject to change.

EXHIBIT 4

# RECEIVERSHIP OF NEW COVENANT FELLOWSHIP CHURCH
## Receiver Advances
### For Month Ending October 31, 2012

|  | CURRENT MONTH |
|---|---|
| **Vendor** | |
| Protection 1 | $ 1,435.66 |
| Edwin Isaac | $ 2,825.00 |
| **Total Receiver Advances** | **4,260.66** |