IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WELLS FARGO BANK, National Association, ] ] ] Plaintiff, ] ] ] v. ] ] ] NEW COVENANT FELLOWSHIP, ] CHURCH, INC., and PENTECOSTAL ] TEMPLE, LLC, d/b/a PENTECOSTAL ] TEMPLE CHURCH OF GOD IN CHRIST, ] ] Defendants. | 2:12-CV-2660-KOB |

### ORDER APPROVING SALE OF RECEIVERSHIP PROPERTY

This matter comes before the court on the "Motion for Approval of Sale of Receivership Property" (doc. 46) filed by Warren Averett. LLC, as Receiver of certain real and personal property owned by New Covenant Fellowship Church, Inc. (the "Borrower"). The Motion requests this court to approve: (1) the "Agreement for Purchase and Sale of Real Property" (the "Sale Contract") (attached as Exhibit "2" to the Motion), and (2) the closing of the sale of that certain real property being commonly known as 5050 Pinson Valley Parkway, Birmingham, Alabama (the "Property") - which property is subject to the Order (doc. 6) (the "Receiver Order") entered by this court on August 10, 2012 - pursuant to the terms of the Sale Contract.

Based on the Motion and the agreement of the parties, and for good cause shown, the court ORDERS:

1. The Motion is GRANTED.

2. The Sale Contract is APPROVED.

3.	The Receiver's closing of the sale of the Property Pursuant to the terms of the Sale Contract is APPROVED.

The court retains jurisdiction pending closing of the sale.

DONE and ORDERED this 29th day of August, 2013.

*Karon O. Bowdre*
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE