# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **WELLS FARGO BANK, National Association,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:12-cv-2660-KOB |
| ) | |
| **NEW COVENANT FELLOWSHIP, CHURCH, INC., and PENTECOSTAL TEMPLE, LLC, d/b/a PENTECOSTAL TEMPLE CHURCH OF GOD IN CHRIST,** ) ) ) ) ) ) | |
| Defendants. ) | |

## 60-DAY RECEIVER REPORT

**COMES NOW** Warren Averett, LLC, in its capacity as Court-appointed receiver ("Receiver"), by and through its undersigned counsel, and submits this *60-Day Receiver Report* (the "Report") in accordance with the *Amended and Restated Order Appointing Receiver* entered by the Court on August 20, 2012 [Docket No. 14] (the "Receiver Order").

Attached hereto as **Exhibits 1, 2, 3 and 4,** respectively, are an accounting of cash receipts and disbursements summary indicating all expenses paid, an income statement, a balance sheet, and a statement of advances by the Receiver and the plaintiff Wells Fargo Bank, National Association ("Plaintiff" or "Bank"), each for the month ending August 31, 2013.

1

1/2547270.1

Attached hereto as **Exhibits 5, 6, 7 and 8,** respectively, are an accounting of cash receipts and disbursements summary indicating all expenses paid, an income statement, a balance sheet, and a statement of advances by the Receiver and the plaintiff Wells Fargo Bank, National Association ("Plaintiff" or "Bank"), each for the month ending September 30, 2013.

Additionally, the following narrative is provided to briefly update the Court and all parties as to the status of the Receiver Collateral and the Receivership since the filing of the previous *60-Day Status Report* on or around August 20, 2013 [Doc. No. 45] (the "Ninth Report").  All terms not otherwise defined herein shall have the meanings ascribed to them in the Ninth Report.

1. On August 21, 2013, the *Receiver filed a Motion for Approval of Sale of Receivership Property* [Doc. No. 46] (the "Sale Motion") seeking the Court's approval of: (1) that certain *Agreement for Purchase and Sale of Real Property* (the "Sale Contract") entered into by and between the Receiver and Solid Rock Church, Inc. ("Solid Rock"), and (2) the Receiver's closing of the sale of the Property (as defined in the Sale Motion) to Solid Rock pursuant to the terms of the Sale Contract.

2. By Order dated August 29, 2013 [Doc. No. 50] (the "Sale Order"), the Court granted the Sale Motion, approved the Sale Contract, and approved the

Receiver's closing of the sale of the Property to Solid Rock pursuant to the terms of the Sale Contract.

3. On October 17, 2013, the Receiver closed the sale of the Property to Solid Rock pursuant to the terms of the Sale Contract.

4. Prior to the closing of the sale of the Property to Solid Rock, the Receiver possessed and maintained the Receiver Collateral in accordance with the Receiver Order. The Receiver Collateral was insured, physically secured, and consistently monitored through 3rd party security system monitoring, as well as frequent site visits by the Receiver. Additionally, the Receiver continued to take a physical inventory of the personal property located within the building, and returned a family portrait and Bible to Pastor Hosea Agee.

5. Since the closing of the sale of the Property to Solid Rock, the Receiver has cancelled all utilities associated with the Property which were previously in the Receiver's name. The Receiver has also cancelled the insurance which Receiver had obtained with respect to the Property, and expects to receive a pro-rated refund on the property insurance.

6. Given the sale of the Property to Solid Rock, the Receiver intends to file a motion to discharge and release the Receiver (and to terminate the receivership as ordered under the Receiver Order), which motion will also discuss the Receiver's filing of a final accounting and report for the receivership estate.

/s/ Glenn E. Glover
Glenn E. Glover
One of the Attorneys for Receiver

**OF COUNSEL:**
Glenn E. Glover
**Bradley Arant Boult Cummings LLP**
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama
Telephone: (205) 521-8647
Telecopier: (205) 488-6524
gglover@babc.com

4

1/2547270.1

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2013, I caused a copy of the foregoing to be served by the Court's CM/ECF electronic notification, electronic mail, and/or by United States First Class Mail, properly addressed and postage prepaid, upon the following:

James S. Roberts, Jr.
Townes Woods & Roberts PC
717 Kerr Drive
PO Box 96
Gardendale, Alabama 35071
Fax: 205-271-7998
jimroberts@northjeffersonlawyers.com
*Attorney for New Covenant*
*(via ECF and email)*

Alan Smith
Smith & Chapman, P.C.
2976 Pelham Parkway
Suite E2
Pelham, Alabama 35124
Fax: 205-663-1569
*(via US First Class Mail)*

John Seymour Somerset
Sudderth & Somerset
5385 1st Ave. North
Birmingham, Alabama 35212-2401
Fax: 205-595-4632
jjsomerset@charter.net
sandsattys@bham.rr.com
*(via US First Class Mail)*

Eric L. Pruitt
W. Patton Hahn
Marianne H. Combs
Baker Donelson Bearman Caldwell & Berkowitz PC
1600 Wachovia Tower
420 North 20th Street

1/2547270.1

Birmingham, Alabama 35203-5202
epruitt@bakerdonelson.com
phahn@bakerdonelson.com
mcombs@bakerdonelson.com
*Attorneys for Wells Fargo Bank*
*(via ECF and email)*


Pentecostal Temple, LLC
c/o Pastor Hosea Agee
1009 Jeffery Drive
Roebuck, Alabama 35235
hoseaAgee@yahoo.com
*(via email and US First Class Mail)*


                                    /s/  Glenn E. Glover
                                  Of Counsel

Receivership of New Covenant Fellowship Church
Cash Receipts & Disbursements Summary
For the Thirty One Days Beginning on August 1, 2013, and Ended on August 31, 2013

### Cash Receipts & Disbursements Summary

| | | |
|---|---:|---:|
| **Beginning Cash 08/01/2013** | | $ - |
| Collection of Accounts Receivable (Insurance Claim) | | 2,919.48 |
| Advances From Receiver | | 18,740.60 |
| Advances From Wells Fargo | | |
| **Total Cash Available** | | 21,660.08 |
| **Disbursements** | | |
| Cameron South - Storm Damage Repairs | (4,200.00) | |
| Alabama Power | (2,057.47) | |
| Protection One | (200.71) | |
| Bill Gallops Lawn Care | (2,549.90) | |
| Bradley Arant | (600.00) | |
| Zurich North America | (11,332.00) | |
| David Doyle | (600.00) | |
| Birmingham Sewer & Water | (120.00) | |
| **Total Disbursements** | | (21,660.08) |
| **Ending Cash 08/31/2013** | | $ - |

Alabama Power - WAKM Ck 1136 written 7/1/13 not invoiced until August, Invoice #7000131

**EXHIBIT 2**

**RECEIVERSHIP OF NEW COVENANT FELLOWSHIP CHURCH**
**Income Statement**
**For Month Ending August 31, 2013**

|  | CURRENT MONTH | YEAR TO DATE |
|---|---:|---:|
| **Revenues** | | |
| Rent Revenue | $ 0.00 | $ 0.00 |
| **Total Revenues** | 0.00 | 0.00 |
| **Expenses** | | |
| Building Maintenance | 9,475.52 | 22,989.54 |
| Building Security | 200.71 | 1,576.68 |
| Utilities | 3,518.49 | 21,386.43 |
| Legal Fees | 5,483.60 | 13,954.28 |
| Receiver Fees | 5,474.74 | 23,514.50 |
| Interest | 8,786.02 | 68,871.06 |
| Insurance | 944.33 | 7,253.68 |
| **Total Expenses** | 33,883.41 | 159,546.17 |
| **Net Income (Loss)** | $ (33,883.41) | $ (159,546.17) |

EXHIBIT 3

## RECEIVERSHIP OF NEW COVENANT FELLOWSHIP CHURCH
### Balance Sheet
### August 31, 2013

**ASSETS**

**Current Assets**

| | | |
|---|---:|---:|
| Wells Fargo Receivership Account | $ - | |
| Prepaid Insurance | 10,387.67 | |
| Utility Deposits | 4,183.00 | |
| **Total Current Assets** | | 14,570.67 |
| Land, Buildings and Improvement | 3,660,000.00 | |
| **Total Property and Equipment (See Footnote 1)** | | 3,660,000.00 |
| **Other Assets** | | |
| Personal Property (See Footnote 2) | 12,000.00 | |
| **Total Other Assets** | | 12,000.00 |
| **TOTAL ASSETS** | | $ 3,686,570.67 |

**LIABILITIES AND ESTIMATED SURPLUS (DEFICIENCY)**

**Liabilities**

| | | |
|---|---:|---:|
| Accounts Payable - Receivership Fees | $ 5,474.74 | |
| Accounts Payable - Other | 9,228.01 | |
| Legal Fees Payable | 5,483.60 | |
| Advances from Receiver | 18,740.60 | |
| Liability Protective Advances | 176,600.32 | |
| Accrued Interest | 123,925.15 | |
| Mortgage Notes Payable | 2,471,712.36 | |
| **Total Liabilities** | | **2,811,164.78** |

**Estimated Surplus (Deficiency)**

| | | |
|---|---:|---:|
| Estimated Surplus (Deficiency) | 1,034,952.06 | |
| Net Income | (159,546.17) | |
| **Total Estimated Surplus (Deficiency)** | | 875,405.89 |
| **TOTAL LIABILITIES & ESTIMATED SURPLUS (DEFICIENCY)** | | $ 3,686,570.67 |

1. Value estimated based on latest appraisal provided by Plaintiff; the actual value could differ from this appraisal.

2. Receiver continues to take a physical inventory of personal property located on premises, therefore this value is subject to change.

**RECEIVERSHIP OF NEW COVENANT FELLOWSHIP CHURCH**
Receiver Advances
For Month Ending August 31, 2013

| Vendor | CURRENT MONTH |
|---|---|
| Bill Gallops Lawn Service | $ 2,549.90 |
| Zurtich North America | 11,332.00 |
| David Doyle | 600.00 |
| Birmingham Sewer & Water | 120.00 |
| Alabama Power | 2,057.47 |
| Protection One | 200.71 |
| Bradley Arant | 600.00 |
| Cameron South | 1,280.52 |
| **Total Receiver Advances** | **$ 18,740.60** |

EXHIBIT 4B

## RECEIVERSHIP OF NEW COVENANT FELLOWSHIP CHURCH
### Wells Fargo Advances
### For Month Ending August 31, 2013

|  | CURRENT MONTH |
|---|---|
| **Invoice** | |
| Warren Averett, LLC | $ 8,670.67 |
| Invoice 7000115 | |
| **Total Wells Fargo Advances** | $ 8,670.67 |

## Receivership of New Covenant Fellowship Church
## Cash Receipts & Disbursements Summary
### For the Thirty Days Beginning on September 1, 2013, and Ended on September 30, 2013

### Cash Receipts & Disbursements Summary

| | | |
|---|---:|---:|
| **Beginning Cash 09/01/2013** | | $ - |
| **Collection of Accounts Receivable (Insurance Claim)** | | - |
| **Advances From Receiver** | | 15,810.71 |
| **Advances From Wells Fargo** | | |
| **Total Cash Available** | | 15,810.71 |
| **Disbursements** | | |
|    Alabama Power | (3,626.40) | |
|    Protection One | (200.71) | |
|    Bill Gallops Lawn Care | (1,500.00) | |
|    Bradley Arant | (5,483.60) | |
|    Robert Hall | (5,000.00) | |
| **Total Disbursements** | | (15,810.71) |
| **Ending Cash 09/30/2013** | | $ - |

EXHIBIT 6

### RECEIVERSHIP OF NEW COVENANT FELLOWSHIP CHURCH
#### Income Statement
#### For Month Ending September 30, 2013

|  | CURRENT MONTH | YEAR TO DATE |
|---|---:|---:|
| **Revenues** | | |
| Rent Revenue | $ 0.00 | $ 0.00 |
| **Total Revenues** | 0.00 | 0.00 |
| **Expenses** | | |
| Building Maintenance | 1,300.00 | 24,289.54 |
| Building Security | 200.71 | 1,777.39 |
| Utilities | 5,162.02 | 26,548.45 |
| Legal Fees | 2,214.20 | 16,168.48 |
| Receiver Fees | 3,383.09 | 26,897.59 |
| Interest | 8,502.60 | 77,373.66 |
| Insurance | 944.33 | 8,198.01 |
| **Total Expenses** | 21,706.95 | 181,253.12 |
| **Net Income (Loss)** | $ (21,706.95) | $ (181,253.12) |

EXHIBIT 7

## RECEIVERSHIP OF NEW COVENANT FELLOWSHIP CHURCH
### Balance Sheet
### September 30, 2013

**ASSETS**

**Current Assets**

| | | |
|---|---:|---:|
| Wells Fargo Receivership Account | $       -       | |
| Prepaid Insurance | 9,443.34 | |
| Utility Deposits | 4,183.00 | |
| **Total Current Assets** | | 13,626.34 |
| Land, Buildings and Improvement | 3,660,000.00 | |
| **Total Property and Equipment (See Footnote 1)** | | 3,660,000.00 |
| **Other Assets** | | |
| Personal Property (See Footnote 2) | 12,000.00 | |
| **Total Other Assets** | | 12,000.00 |
| **TOTAL ASSETS** | | **$  3,685,626.34** |

**LIABILITIES AND ESTIMATED SURPLUS (DEFICIENCY)**

**Liabilities**

| | | |
|---|---:|---:|
| Accounts Payable - Receivership Fees | $   3,383.09 | |
| Accounts Payable - Other | 5,563.63 | |
| Legal Fees Payable | 2,214.20 | |
| Advances from Receiver | 15,810.71 | |
| Liability Protective Advances | 200,815.66 | |
| Accrued Interest | 132,427.75 | |
| Mortgage Notes Payable | 2,471,712.36 | |
| **Total Liabilities** | | **2,831,927.40** |

**Estimated Surplus (Deficiency)**

| | | |
|---|---:|---:|
| Estimated Surplus (Deficiency) | 1,034,952.06 | |
| Net Income | (181,253.12) | |
| **Total Estimated Surplus (Deficiency)** | | 853,698.94 |
| **TOTAL LIABILITIES & ESTIMATED SURPLUS (DEFICIENCY)** | | **$  3,685,626.34** |

1. Value estimated based on latest appraisal provided by Plaintiff; the actual value could differ from this appraisal.

2. Receiver continues to take a physical inventory of personal property located on premises, therefore this value is subject to change.

EXHIBIT 8A

## RECEIVERSHIP OF NEW COVENANT FELLOWSHIP CHURCH
### Receiver Advances
### For Month Ending September 30, 2013

**CURRENT MONTH**

**Vendor**

| | | |
|---|---|---:|
| Bill Gallops Lawn Service | $ | 1,500.00 |
| Robert Hall | | 5,000.00 |
| Alabama Power | | 3,626.40 |
| Protection One | | 200.71 |
| Bradley Arant | | 5,483.60 |
| **Total Receiver Advances** | **$** | **15,810.71** |

EXHIBIT 8B

### RECEIVERSHIP OF NEW COVENANT FELLOWSHIP CHURCH
#### Wells Fargo Advances
#### For Month Ending September 30, 2013

|  | CURRENT MONTH |
|---|---|
| **Invoice** | |
| Warren Averett, LLC | $ 24,215.34 |
| Invoice 7000131 | |
| | |
| **Total Wells Fargo Advances** | $ 24,215.34 |