IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WELLS FARGO BANK, National Association, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 2:12-cv-2660-KOB ) |
| NEW COVENANT FELLOWSHIP, CHURCH, INC., and PENTECOSTAL TEMPLE, LLC, d/b/a PENTECOSTAL TEMPLE CHURCH OF GOD IN CHRIST, | ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff Wells Fargo Bank, N.A. hereby dismisses its claims against Defendants New Covenant Fellowship Church, Inc. and Pentecostal Temple, LLC, d/b/a Pentecostal Temple Church of God in Christ without prejudice.

/s/ W. Patton Hahn
W. PATTON HAHN
MARIANNE H. COMBS
ERIC L. PRUITT
Attorneys for Wells Fargo Bank, N.A.

OF COUNSEL:
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
420 20th Street North
1400 Wells Fargo Tower

Birmingham, Alabama 35203
Telephone (205) 328-0480
Facsimile (205) 322-8007

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2013, I caused a copy of the foregoing to be served by the Court's CM/ECF electronic notification, electronic mail, facsimile, hand delivery, and/or by United States First Class Mail, properly addressed and postage prepaid, upon the following:

James S. Roberts, Jr.
Townes Woods & Roberts PC
717 Kerr Drive
PO Box 96
Gardendale, Alabama 35071
Fax: 205-271-7998
jroberts@twrpc.com
*Attorney for New Covenant*

John Seymour Somerset
Sudderth & Somerset
5385 1st Ave. North
Birmingham, Alabama 35212-2401
Fax: 205-595-4632
jjsomerset@charter.net
*Attorney for Pentecostal Temple, LLC*

Glenn E. Glover
Jenny Henderson
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama
Telephone: (205) 521-8524
gglover@babc.com
jhenderson@babc.com

/s/  W. Patton Hahn
Of Counsel